JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DORMIN SHIPPING S.A.,

              Plaintiff,

- against -

DOMINION BULK INTERNATIONAL S.A. and
AEGEAN MARITIME AGENCY INC.,

              Defendants.
------------------------------------------------------------X

08 CV 0995

08 CV _____

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff

        NONE.

Dated: January 30, 2008
       New York, NY

                              The Plaintiff,
                              DORMIN SHIPPING S.A.,

                    By: _____
                         Kevin J. Lennon
                         Nancy R. Peterson
                         Coleen A. McEvoy
                         LENNON, MURPHY & LENNON, LLC
                         The Gray Bar Building
                         420 Lexington Avenue, Suite 300
                         New York, NY 10170
                         (212) 490-6050 - phone
                         (212) 490-6070 - fax
                         kjl@lenmur.com
                         nrs@lenmur.com
                         cam@lenmur.com