CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DORMIN SHIPPING S.A.,                              :
                                                   :
                                                   :
                              Plaintiff,           :        **08-CV-995**
                                                   :
              v.                                   :        **NOTICE OF**
                                                   :        **APPEARANCE**
DOMINION BULK INTERNATIONAL S.A. and               :
AEGEAN MARITIME AGENCY INC.                        :
                                                   :
                                                   :
                                                   :
                              Defendants.          :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 21, 2008

                          CLARK, ATCHESON & REISERT
                          Attorneys for Garnishee
                          Societe Generale New York Branch

        By:      _____
                          Richard J. Reisert (RR-7118)
                          7800 River Road
                          North Bergen, NJ 07047
                          Tel: (201) 537-1200
                          Fax: (201) 537-1201
                          Email:  reisert@navlaw.com