```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DORMIN SHIPPING S.A.,

              Plaintiff,

- against -

DOMINION BULK INTERNATIONAL S.A. and
AEGEAN MARITIME AGENCY INC.,

             Defendants.
------------------------------------------------------X

08 CV 0995 (PAC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants, that the above-captioned matter be and hereby is voluntarily dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court shall close this case.

Dated: February 26, 2008
      Southport, CT

                         The Plaintiff,
                         DORMIN SHIPPING S.A.

                         By_____
                         Patrick F. Lennon (PL 2162)
                         Nancy R. Peterson (NP 2871)
                         Coleen A. McEvoy (CM 3379)
                         LENNON, MURPHY & LENNON, LLC
                         420 Lexington Ave., Suite 300
                         New York, NY 10170
                         Phone (212) 490-6050
                         Fax (212) 490-6070
                         pfl@lenmur.com
                         nrs@lenmur.com
                         cam@lenmur.com

Dated: February 27, 2008
      New York, New York

                     SO ORDERED: FEB 2 7 2008

                     _____
                     Paul A. Crotty, U.S.D.J.